# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>v.<br><br>Edmund C. Bowler, and Bowler Appraisals, Inc.,<br><br>    Respondents. | Civil No. 14-mc-49 (PJS/JJK)<br><br>**ORDER** |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated April 15, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Respondents are held in contempt for failing to comply with the Court's November 14, 2014 Order;

2. A bench warrant will be issued for the arrest of Respondent Edmund C. Bowler to compel compliance with the November 14, 2014 Order; and

3. Respondent Edmund C. Bowler shall be taken into custody and released upon production of the summoned testimony and records.

Dated:  05/04/15

                                          s/Patrick J. Schiltz
                                          PATRICK J. SCHILTZ
                                          United States District Judge